IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-12541-elf |
| MIRIAM A. HILLIARD, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| MIRIAM A. HILLIARD and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 1st day of December, 2016, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 62) and a copy of the Notice of Motion, Response Deadline and Hearing on Motion (filed at Document No. 63) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Via first class U.S. Mail:

Miriam A. Hilliard
20 N. 10th Street
Darby, PA 19023

and:

Via electronic mail:

| | |
|---|---|
| Alan B. Liss, Esq. | bnklaw@aol.com |
| William C. Miller, Trustee | elf@ph13trustee.com |
| Office of the United States Trustee | ecfemails@ph13trustee.com |

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Consumer Portfolio Services, Inc.