IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-12541-elf |
| MIRIAM A. HILLIARD, | Chapter 13 |
| Debtor, | Related to Doc. No. 62 |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| MIRIAM A. HILLIARD and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

ORDER OF COURT

AND NOW, this 27th day of January, 2017, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby **ORDERED** that the Stipulation is approved.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**