United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-12541-elf
Miriam A. Hilliard                                                    Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jun 01, 2017
                              Form ID: 309A           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db             +Miriam A. Hilliard,    20 N. 10th Street,    Darby, PA 19023-1604
13276674      #+AIS Services,    50 California Street,    San Francisco, CA 94111-4612
13276675       +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 808,    Philadelphia, PA 19102-4008
13276676       +American Consumer Credit, Inc.,    42 Reads Way,    Suite 124,    New Castle, DE 19720-1649
13276677       +Bell, LLC,    1411 N. West Shore Boulevard,    Tampa, FL 33607-4528
13306503       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13276679       +Cash Spot,    42 Reeds Way,    New Castle, DE 19720-1649
13276681       +Chase Home Finance LLC,    Attn: OH4-7119,    3415 Vision Drive,    Columbus, OH 43219-6009
13276688       +Mobile Loans, LLC,    PO Box 1409,    Marksv Ille, LA 71351-1409
13276690       +NPA,    PO Box 7666,    Overland Park, KS 66207-0666
13276691       +Payless Financial Group, Inc.,    1216 Azalea Road,    Mobile, AL 36693-2859
13393885       +U.S. Bank National Association, as Indenture Trust,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bnklaw@aol.com Jun 02 2017 01:35:11      ALAN B. LISS,    Brenner & Brenner P.C.,
                 1420 Walnut Street,    Suite 720,    Philadelphia, PA  19102
tr              EDI: BTPDERSHAW.COM Jun 02 2017 01:23:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: bankruptcy@phila.gov Jun 02 2017 01:36:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2017 01:35:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2017 01:36:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 02 2017 01:35:58      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13276673       +EDI: AFNIRECOVERY.COM Jun 02 2017 01:23:00      AFNI,    PO Box 3097,
                 Bloomington, IL 61702-3097
13315557        EDI: AIS.COM Jun 02 2017 01:23:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13276680        E-mail/Text: bankruptcy@cavps.com Jun 02 2017 01:36:07      Cavalry Portfolio Services,
                 7 Skyline Drive,    Third Floor,    Hawthorne, NY 10532
13276682       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 02 2017 01:36:05      CPS, Inc.,
                 PO Box 57071,    Irvine, CA 92619-7071
13307285       +E-mail/Text: bankruptcy@cavps.com Jun 02 2017 01:36:07      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13276683       +EDI: AMINFOFP.COM Jun 02 2017 01:23:00      First Premier Bank,    PO Box 5529,
                 Sioux Falls, SD 57117-5529
13276684       +EDI: MID8.COM Jun 02 2017 01:23:00      Midland Credit Management,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
13276686       +EDI: MID8.COM Jun 02 2017 01:23:00      Midland Credit Management, Inc.,    8875 Aero Drive,
                 San Diego, CA 92123-2255
13276687       +EDI: AIS.COM Jun 02 2017 01:23:00      Midland Funding LLC,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13276689       +E-mail/Text: egssupportservices@egscorp.com Jun 02 2017 01:36:04      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
13276692       +EDI: PRA.COM Jun 02 2017 01:23:00      PRA Receivables Management,    PO Box 41067,
                 Norfolk, VA 23541-1067
13325351       +E-mail/Text: csidl@sbcglobal.net Jun 02 2017 01:36:10      Premier Bankcard/ Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13276693       +E-mail/Text: bankruptcy@rentacenter.com Jun 02 2017 01:36:59      Rent-A-Center,
                 3000 Island Avenue,    Philadelphia, PA 19153-2022
13276694       +EDI: DRIV.COM Jun 02 2017 01:23:00      Santander Consumer,    PO Box 560284,
                 Dallas, TX 75056-0284
13276695       +EDI: OPHSUBSID.COM Jun 02 2017 01:23:00      Vanda, LLC,    C/O Weinstein & Riley PS,
                 2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13276696       +EDI: VERIZONEAST.COM Jun 02 2017 01:23:00      Verizon,    500 Technology Drive,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 22
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13276685*      +Midland Credit Management, Inc.,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13276678     ##+Best Choice,    PO Box 472,    Talmage, CA 95481-0472
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa                  Page 2 of 2                  Date Rcvd: Jun 01, 2017
                              Form ID: 309A               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:

```
          ALAN B. LISS    on behalf of Debtor Miriam A.  Hilliard bnklaw@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Miriam A. Hilliard | Social Security number or ITIN | xxx–xx–7025 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 4/1/14 |
| Case number: | 14–12541–elf | Date case converted to chapter 7 | 5/24/17 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Miriam A. Hilliard | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20 N. 10th Street<br>Darby, PA 19023 | |
| 4. | **Debtor's attorney**<br>Name and address | ALAN B. LISS<br>Brenner & Brenner P.C.<br>1420 Walnut Street<br>Suite 720<br>Philadelphia, PA 19102 | Contact phone (215) 567–2050<br>Email: bnklaw@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br>Email: td@ix.netcom.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 6/1/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 28, 2017 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/27/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |