# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-12541-ELF

MIRIAM A. HILLIARD

20 N. 10TH STREET

DARBY, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MIRIAM A. HILLIARD

    20 N. 10TH STREET

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

Date: 6/16/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee